# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

Clifford W. Taylor,
Chief Justice

135158

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

KOU XIONG,
　　　　Defendant-Appellant.

SC: 135158
COA: 270213
Macomb CC: 2005-002939-FC

_____/

　　　　On order of the Court, the application for leave to appeal the September 25, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Watkins* (Docket No. 135787) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

Clerk

p0416